NEW-YORK,
Dec. 1822.

The People
vs.
Robert Stakes

## The People vs. Robert Stakes. · *Cruelty to Beasts.*

ROBERT STAKES was indicted for beating his horses in a most barbarous manner on the 31st of October, 1822.

The beating took place near the temporary establishment of the office of the Daily Advertiser, in Broadway, above Broome street.

Cruelty to a brute cannot be justified, and in all cases of wanton cruelty the court will severely punish the guilty offender.

NEW-YORK         The circumstances of the case were as follows : the pris-
Dec. 1822.
                 oner was driving a load of manure to a place out of
The People town, and according to the testimony of some of the wit-
vs.
Robert Stakes nesses, the horses baulked and refused to draw the load.

According to the testimony of other witnesses, the horses did not refuse to draw, but that the load was heavy, and the whipping brutal and without cause.

It was, however satisfactorily proved that he struck them a very great number of times over the head, neck, and shoulders, with the but-end of the whip.

Mr. Hone came up, while the defendant was in the act of beating them, and expostulated with him, and desired to know why he beat them, alleging the whipping was excessive and unlawful ; a controversy took place between Mr. Hone and the defendant, which terminated in a scuffle, in which the prisoner was cut in the face.

The case was summed up to the jury by Mr. Fay for the defendant.

He contended that the evidence was not satisfactory against the defendant : that it did not appear the horses were injured. He insisted it was proved, the horses were vicious, and would not draw the load : that they had baulked two or three times coming into town with an empty wagon : that the tricks of a vicious horse were extremely calculated to inflame the passions of its owner : that he might, on such an occasion as the one now before the court, strike the horse ten or a dozen blows, even with the but-end of a whip, without being answerable by indictment or otherwise. He contended that a parent had a right to correct and chastise his children : that a school-master has authority to correct his scholars, and a master his servant, and that it would be strange, and an anomaly

in the law,·if a brute might not be corrected for its vicious habits, &c.

NEW-YORK,
Dec. 1822.

The People
*vs.*
RobertStakes

*Maxwell, District Attorney,* replied that the Almighty had given man dominion over the fowls of the air, the beasts of the field, and the fishes of the sea. But he must take care that his dominion be not abused ; that like every other gift of the Deity, it might be and often was, abused. In such a case, the municipal laws of the country had stepped in to the aid of those of nature and religion, and would punish him for an infraction of their rules. That the evidence was conclusive against the defendant. It appeared (he said) by the testimony of Mr. Hone and Mr. Walker, and also by the brother of Mr. Hone, that the beating was outrageous, and without any justification. It was in the open street, in the most populous part of the city ; showing an example unworthy of a man, in inflicting an unwarrantable injury upon a brute. And concluded by observing that several cases had occurred in this city and vicinity that had shocked the feelings of a number of citizens ; and that this case called loudly for example and punishment.

*By the Court.* "It appears, by the evidence, that the "prisoner was engaged in carting manure from the city, to "a place in the country. The prisoner had got as far with "his load as Broom street, in Broadway, when his "horses either refused to draw or were unable to draw it "any farther. It appears he commenced beating one of "them very severely. He beat the horse over the head, "neck, and shoulders, with the but-end of his whip. Mr. "Hone, who was passing at the time humanely inter-"fered. A scuffle ensued ; the prisoner swearing he had "a right to whip his horses without being called to ac-"count. He struck them over the head, and not on those

NEW-YORK
Dec. 1822.

The People
*vs.*
Robert Stakes

" parts experienced horseman have recourse to. The tes-
" timony in the opinion of the court, does not appear to
" excuse or authorize the excessive violence of the beating.
" Mr. Hone's testimony is explicit and positive, that he
" beat one of the horses over the head, with the but-end
" of his cart whip, ten or twelve blows, and is corroborated
" by his brother and Mr. Walker. A clerk in the office of
" the Daily Advertiser, testified that he struck the horses
" forty or fifty blows, and thinks the beating was very
" violent and excessive. He declared that his feelings were
" so wounded by the transaction, that he was on the point
" of leaving the office for the purpose of arresting the vio-
" lent proceedings of the prisoner.

" It is true, by the testimony of Mr. Sherwood and Mr.
" Bruen, that the load was heavy, and that one of the
" horses was vicious, and sometimes refused to draw the
" load, yet it does not appear but that, by proper manage-
" ment, they might have been made to draw it. Yet, if
" they would not, the defendant had no right to beat them
" in the inhuman manner he did. The District Attorney
" has stated the law truly : a man may be punished for any
" abuse of this gift of power over the brute. If you think
" this power was abused, you will find the defendant guilty,
" but if you think it was not abused ; if you think the
" horses were vicious and refused to draw the load ; or if
" you think they were not overloaded, and that the but-
" end of a whip is a proper instrument, the defendant will
" be entitled to your verdict of acquittal."

The jury found the defendant guilty, and the court, in
passing sentence upon him, observed, " We have heard of
" several cases of late, that have demanded the interposi-
" tion of courts of justice. Cruelty to a brute cannot be
" justified. We have heard of instances, where the tongues

"of sucking calves have been tied for the purpose of preventing their dams being sucked; and also cases where they have been bled to death for the purpose of giving a colour to their flesh. In all such cases of wanton cruelty, brought before this court, they will not only notice, but punish the guilty offender."

NEW-YORK, Dec. 1822.

NOTE.—To treat a dumb beast with cruelty is a misdemeanor at common law. City Hall Rec. vol. 3. p. 191.